NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALVIRT, LLC,**
*Plaintiff-Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee*

---

2017-1159

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:15-cv-00963-TSE-MSN, Judge T. S. Ellis, III.

---

Decided: August 14, 2018

---

PATRICK RICHARD DELANEY, Devlin Law Firm, Wilmington, DE, for plaintiff-appellant.

THOMAS W. KRAUSE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for defendant-appellee. Also represented by MICHAEL S. FORMAN, PHILIP J. WARRICK; JAYNIE RANDALL LILLEY,

MARK R. FREEMAN, DANA J. BOENTE, CHAD A. READLER, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC.

————————————

Before NEWMAN, CLEVENGER, and BRYSON, *Circuit Judges.*

PER CURIAM.

On September 8, 2017, this court granted Realvirt, LLC's motion to stay proceedings in appeal no. 17-1159 pending this court's entry of judgment, en banc, in *NantKwest, Inc. v. Matal*, No. 16-1794. In light of this court's decision in *NantKwest, Inc. v. Iancu*, No. 2016-1794, 2018 WL 3596124 (Fed. Cir. July 27, 2018) (en banc), the court hereby lifts the stay in appeal no. 17-1159, vacates the judgment of the district court, and remands this case for further proceedings consistent with *NantKwest*.

No costs.